## STATE v. BURLEY CAGLE.

(Filed 24 April, 1929.)

CRIMINAL ACTION, before *Shaw, J.,* at January Term, 1929, of MOORE.

The defendant was indicted for killing Coley Smith. The solicitor did not ask for a conviction of murder in the first degree. There was a verdict of guilty of murder in the second degree, and the defendant was sentenced to serve not less than ten and not more than sixteen years in the State's prison.

From judgment pronounced the plaintiff appealed.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*

*W. R. Clegg for defendant.*

PER CURIAM. The evidence offered in behalf of the State tended to show that the defendant killed the deceased intentionally. Upon the other hand the evidence for the defendant tended to show that the killing was accidental. Both phases of the case were fairly submitted to the jury and the pertinent principles of law properly applied. It appears to us that the defendant has had a fair trial, and there is no error of law appearing in the record. Hence the judgment must stand.

No error.